United States District Court
Southern District of Texas
**ENTERED**
April 11, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:21-CR-01071 |
| | § | |
| ADAN CABRAL | § | |

## MEMORANDUM OPINION AND ORDER

The United States Probation Office petitioned the Court to revoke Defendant's release, alleging that Defendant violated his release condition. (Doc. No. 26.) Today the Court conducted a show-cause hearing. After receiving proffered information from the Probation Office and from counsel for Defendant, the Court finds that Defendant has not violated his conditions of release. All parties agreed at today's hearing that a combination of conditions continues to exist that will adequately assure Defendant's appearance as required and the safety of the community. *See* 18 U.S.C. §§ 3142, 3143.

The Court therefore ORDERS that Defendant be released, subject to conditions of release specified in an Amended Order Setting Conditions of Release, which the Court is issuing today. The Clerk of Court is ORDERED to deliver a copy of this order to the United States Marshal. The Marshal is ORDERED to release Defendant upon completion of processing.

ORDERED on April 11, 2022.

_____
MITCHEL NEUROCK
United States Magistrate Judge